# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# ORANGE COUNTY DIVISON

In re:

**ROSALVA LUA,**

               Debtor.

**USDC: 2:15-cv-04026-CJC**

USBC: 2:11-bk-41173-DS

**ORDER REMANDING CASE TO BANKRUTPCY COURT**

      Pursuant to the Memorandum issued by the Ninth Circuit Court of Appeals in case number 15-56814,

      IT IS HEREBY ORDERED:

This case is remanded to the United States Bankruptcy Court for further proceedings.

DATED: August 9, 2017              _____
                                              CORMAC J. CARNEY
                                              UNITED STATES DISTRICT JUDGE

**CC: BANKRUPTCY COURT; BAP**